Opinion filed August 11,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00177-CR

                                                    __________

 

                              DARYL
WAYNE WRIGHT, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 358th District Court

                                                             Ector
County, Texas

                                                   Trial
Court Cause No. D-38,107

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Daryl
Wayne Wright has filed in this court a motion to withdraw notice of appeal and dismiss
appeal.  Pursuant to Tex. R. App. P.
42.2, the motion is signed by both appellant and his counsel.

The
motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM                                   

August 11, 2011

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.